**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NELK MANOR, LTD., et al.<br><br>Defendants.<br><br>_____ | Case No.: CV 16-7852 DSF (JPRx)<br><br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and having provided an extension of time for filing proofs of service up to February 14, 2017, and plaintiffs not having timely filed proofs of service,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing and that the action be dismissed without prejudice.

2/27/17

Dated: _____

_____
Dale S. Fischer
United States District Judge